**Order filed November 4, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00584-CV**

_____

**IN THE INTEREST OF K.G., A CHILD**

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20CP0025**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship was ordered. The notice of appeal was filed October 7, 2021. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The clerk's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

On October 19, 2021, the clerk of this court sent a letter to the Galveston County District Clerk, informing him the record had not been filed. The court has not received a request for an extension of time to file the record. The record has not been filed with the court. We therefore issue the following order.

We order the Galveston County District Clerk, to file the record in this appeal on or before **November 15, 2021**.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.